# VIRGINIA UNIFORM SUMMONS
## HOPEWELL POLICE DEPARTMENT

No. 370887

CASE NO. 301-000

HEARING DATE AND TIME: 4/3/17, 5/22/17, 8/7/17 10:00, 9/18/17 10:00

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF) HOPEWELL

- [ ] GENERAL DISTRICT COURT (TRAFFIC)
- [ ] GENERAL DISTRICT COURT (CRIMINAL)
- [ ] JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

100 E. BROADWAY, FIRST FLOOR
HOPEWELL, VA 23860

ON 413 ADDRESS, 20 17 AT 08:30 A.M.
FOR VIOLATION OF: [X] STATE [ ] COUNTY [ ] TOWN

LAW SECTION 18.2-415

DESCRIBE CHARGE: DISORDERLY CONDUCT

VCC: 

NAME: BELISLE, FRANCES JOY
RES. ADDRESS: 7701 HAMPTON GREEN DR
CITY/TOWN: CHESTERFIELD, VA  ZIP: 23832
STATE: VA

DATE OF OFFENSE: 3/25/17
DAY OF WEEK: SAT
TIME: 1115 A.M.
JURISDICTION: 113
WEATHER: CLEAR
ACCIDENT: NO

LOCATION OF OFFENSE: 460 S WEST A DR
ARREST DATE: 03/25/17
OFFICER: L. B---
CODE/BADGE NO: 485

PROSECUTING ATTORNEY (NAME): DRISKILL B
DEFENDANT'S ATTORNEY (NAME):
- [ ] NO ATTORNEY
- [ ] ATTORNEY WAIVED
- [ ] NO ATTY JAIL WAIVED BY GT

THE ACCUSED WAS THIS DAY:
- [ ] TRIED IN ABSENCE
- [X] PRESENT
- [ ] CERTIFIED PURSUANT TO § 19.2-190.1

THE ACCUSED PLEADED:
- [ ] NOT GUILTY
- [ ] NOLO CONTENDERE
- [ ] GUILTY [ ] PREPAYMENT

AND WAS TRIED AND FOUND BY ME:
- [ ] FINDING SUFFICIENT - DEFERRED §
- [ ] NOT GUILTY
- [X] GUILTY AS CHARGED
- [ ] GUILTY OF
- [ ] COMPLIED WITH LAW UNDER §

IN ADDITION I FIND THE ACCUSED WAS:
- [ ] DRIVING A COMMERCIAL M.V.
- [ ] CARRYING HAZARDOUS MAT.
- [ ] A CDL HOLDER

AND THE OFFENSE:
- [ ] RESULTED IN A FATALITY
- [ ] WAS IN A HWY. SAFETY COR.

- [ ] I ORDER THE CHARGE DISMISSED
- [ ] I ORDER A NOLLE PROSEQUI ON COMMONWEALTH'S MOTION

I IMPOSE THE FOLLOWING SENTENCE:
- [X] FINE [ ] CIVIL PENALTY OF $500 WITH $300 SUSPENDED
- DRIVER'S LICENSE SUSPENDED EFFECTIVE IN THIRTY (30) DAYS IF FINES/COSTS/FORFEITURE/PENALTY/RESTITUTION NOT PAID IN THIRTY (30) DAYS §46.2-395.
- JAIL SENTENCE OF _____ WITH _____ SUSPENDED CONDITIONED UPON BEING OF GOOD BEHAVIOR AND KEEPING THE PEACE.
- [ ] ON PROBATION FOR
- [ ] DRIVER'S LICENSE SUSPENDED
- CONSECUTIVE SUSPENSION UNDER §46.2-301 [ ] YES [ ] NO
- [ ] RESTITUTION OF _____ PAYABLE TO _____ AS CONDITION OF SUSPENDED SENTENCE.
- BY _____
- [ ] OTHER:

DATE: 9/18/17
JUDGE: [signature]

110/201 FINE $200
114/129/237 CIVIL PENALTY $
460 FIXED TRAFFIC INFRACTION FEE $
461 FIXED MISDEMEANOR FEE $
462 FIXED MISDEMEANOR FEE - DRUGS $
APPEAL BOND $
[ ] APPEAL NOTED ON
[ ] APPEAL WITHDRAWN

121 TIA FEE $10
244 C.H. SECURITY FEE $
120/217. CT. APPT. ATTY. $15
113 WITNESS FEE $
061 $200
TOTAL $261
109 INTEREST CHARGE $
TOTAL WITH INTEREST $

I certify that the document to which this authentication is affixed is a true copy of a record in the Hopewell Combined District Court. I have custody of that record, and that I am custodian of that record.

7/27/18
Date
[signature] L. Boothe
Clerk/Deputy Clerk

COURT COPY - PG. 1

VUS REV. 7-01-15

EXHIBIT 1