# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

Hopewell [x] General District Court [x] Criminal [ ] Traffic
CITY OR COUNTY [ ] Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 09/19/2017 (DATE) did unlawfully in violation of Section 18.2-460, Code of Virginia: without just cause, knowingly obstruct a witness in the performance of duties as such, or fail or refuse to cease such obstruction without just cause when requested to do so.

RECEIVED SEP 22 2017

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Police Officer Costello, LD 489 Hopewell Police Dept, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

09/22/2017 01:52 PM
DATE AND TIME ISSUED

[signature]
[ ] CLERK [x] MAGISTRATE [ ] JUDGE
David K. Hogue

CASE NO. GC17-1482

ACCUSED:
BELISLE, PIERE PIERRE
LAST NAME, FIRST NAME, MIDDLE NAME
7701 HAMPTON GREEN DR
ADDRESS/LOCATION
Chesterfield, VA 23832

To be completed upon service as Summons
Mailing address [ ] Same as above
[ ]

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| | | | | | | |

SSN
1
DL # STATE VA
[ ] Commercial Driver's License

CLASS 1 MISDEMEANOR

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

9-23-17 1821
DATE AND TIME OF SERVICE

D Griffin, ARRESTING OFFICER
543 HPD 113
BADGE NO., AGENCY AND JURISDICTION

for / SHERIFF

Attorney for the Accused: Ritter

Short Offense Description (not a legal definition):
OBSTRUCT JUSTICE: OFFICL VICTIM, NO THRT/FORCE
Offense Tracking Number:
670GM1700004935

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
JUS-4829-M1

M

9/25/17 @ 830
Hearing Date/Time

10/16/17 @ 10AM
8:30
atty
Δ not
appear
unless no
letter from
Mr Ritter
1-22-18
10:00

STATE

RECEIVED SEP 2017 HOPEWELL COMBINED COURT

CCRE May be Required

EXHIBIT 2

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

09/22/2017 13:59 TEL

The Accused was this day: [✓] tried in absence [X] present

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

[✓] NO ATTORNEY [ ] ATTORNEY WAIVED

[✓] If convicted, no jail sentence will be imposed.

[ ] INTERPRETER PRESENT

[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused:

- [ ] not guilty [ ] Witnesses sworn
- [ ] nolo contendere
- [ ] guilty [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.

[ ] Plea and Recommendation

And was TRIED and FOUND by me:

- [ ] not guilty [ ] guilty as charged
- [ ] guilty of ..........
- VCC ..........
- [ ] facts sufficient to find guilt but defer adjudication/ disposition to .......... (DATE AND TIME) and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
  - [ ] A separate order for First Offender is attached and incorporated in this order.
- [ ] Costs imposed upon defendant.

DATE .......... JUDGE ..........

And was FOUND by me to be:

- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[X] I ORDER the charge dismissed [ ] with prejudice — No Costs

- [ ] conditioned upon payment of costs and
  - [ ] successful completion of [ ] traffic school
    - [ ] mature driver school, § 16.1-69.48:1.
  - [ ] accord and satisfaction, § 19.2-151.
  - [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

I impose the following Disposition:

[ ] FINE [ ] CIVIL PENALTY of $ .......... with $ .......... suspended

[ ] JAIL SENTENCE of .......... imposed, [ ] of which .......... days mandatory minimum, with .......... suspended for a period of .........., conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.

Credit is allowed pursuant to § 53.1-187 for time spent in confinement.

[ ] Serve jail sentence beginning ..........
- [ ] on weekends only

[ ] Work release [ ] authorized if eligible [ ] required [ ] not authorized

[ ] Public work force [ ] authorized [ ] not authorized

[ ] on PROBATION for ..........
- [ ] VASAP [ ] local community-based probation agency
- [ ] Monitoring by GPS/other tracking device

[ ] DRIVER'S LICENSE suspended for ..........

[ ] Restricted Driver's License per attached order
- [ ] Ignition Interlock for ..........

[ ] RESTITUTION order incorporated
- [ ] Restitution payment is a condition of suspended sentence

[ ] COMMUNITY SERVICE .......... hours to be completed by .......... and supervised by ..........
- [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/ victim's family or household members

[ ] Reimburse Commonwealth for investigatory medical fees

[ ] Pay $50 fee to the Court for Trauma Center Fund

[ ] Other: ..........

[ ] Remanded for [ ] CCRE Report [ ] ..........

[ ] Bail on Appeal $ ..........

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395.

1-22-18 [signature]

DATE JUDGE

Offense Tracking Number: 670GM1700004935

FINE

LOCALITY $ ..........

COSTS

| | |
|---|---|
| 461 FIXED MISD FEE | |
| 462 FIXED DRUG MISD FEE | |
| 001 INT CRIM CHILD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 DUI FEE | |
| 113 .......... | |
| 120 CT. APPT. ATTY | |
| 121 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | |
| 192 TRAUMA CENTER FEE | |
| 228 COURTHOUSE CONSTRUCTION FEE | |
| 234 JAIL ADMISSION FEE | |
| 243 LOCAL TRAINING ACADEMY FEE | |
| 244 COURTHOUSE SECURITY FEE | |
| OTHER (SPECIFY) | |
| TOTAL | $ |

[ ] Stay of the proceedings pursuant to § 16.1-131.1

I certify that the document to which this authentication is affixed is a true copy of a record in the General District Court, I have custody of that record, and that I am custodian of that record.

7/27/18 [signature]

Date Clerk/Deputy Clerk

per c/atty, Ambulance, request

FORM DC-314 (MASTER, PAGE TWO OF TWO) 07/17