IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANCES J. BELISLE,

    Plaintiff,

v.                                              Case No. 3:18-cv-514-MHL

LAURA BAXTER, MICHAEL
WHITTINGTON,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Francis J. Belisle and Defendants Laura Baxter and Michael Whittington, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. The parties further agree each party will bear their own attorneys' fees, expenses and costs and that neither party will be deemed a prevailing party. This matter should be dismissed in its entirety and stricken from the docket.

Respectfully Submitted,

/s/Steven S. Biss
Steven S. Biss (VSB No. 32972)
300 West Main Street, Suite 102
Charlottesville, VA 22903
804-501-8272 - Phone
202-318-4098 - Fax
stevenbiss@earthlink.net
*Counsel for Plaintiff*

/s/ Jeremy D. Capps
Jeremy D. Capps (VSB No. 43909)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
*Counsel for Defendant*

**SO ORDERED**

6/10/19 /s/
M. Hannah Lauck
United States District Judge

1